**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____     Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Best Choice Trucking, LLC |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 82-3000460 |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3 Allied Drive <br> Suite 303 <br> Dedham, MA 02026 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Norfolk <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Best Choice Trucking, LLC
_____
Name                                                    Case number (if known) _____

---

**7.    Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

| Debtor | Best Choice Trucking, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency

   Contact name

   Phone

---

| ■ | **Statistical and administrative information** |
|---|---|

**13.  Debtor's estimation of available funds**

*Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

---

Debtor    Best Choice Trucking, LLC
Name                                                        Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    Best Choice Trucking, LLC        Case number (*if known*) _____

Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 7, 2025
          MM / DD / YYYY

**X** /s/ Ulysses R. Fabricio                 Ulysses R. Fabricio
Signature of authorized representative of debtor         Printed name

Title    President

---

**18. Signature of attorney**

**X** /s/ Peter M. Daigle             Date   April 7, 2025
Signature of attorney for debtor                       MM / DD / YYYY

Peter M. Daigle
Printed name

Daigle Law Office
Firm name

1550 Falmouth Road
Suite 10
Centerville, MA 02632
Number, Street, City, State & ZIP Code

Contact phone   (508) 771-7444       Email address   pmdaigleesq@yahoo.com

640517 MA
Bar number and State

---

Debtor    Best Choice Trucking, LLC _____  Case number (if known) _____
    Name

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 7, 2025
          MM / DD / YYYY

X /s/ Ulysses R. Fabricio    Ulysses R. Fabricio
  Signature of authorized representative of debtor    Printed name

Title    President

---

**18. Signature of attorney**

X /s/ Peter M. Daigle    Date April 7, 2025
  Signature of attorney for debtor    MM / DD / YYYY

Peter M. Daigle
Printed name

Daigle Law Office
Firm name

1550 Falmouth Road
Suite 10
Centerville, MA 02632
Number, Street, City, State & ZIP Code

Contact phone    (508) 771-7444    Email address    pmdaigleesq@yahoo.com

640517 MA
Bar number and State

**OFFICIAL FORM 7**

**United States Bankruptcy Court**
**District of Massachusetts**

In re   Best Choice Trucking, LLC _____   · Case No. _____

Debtor(s)                    Chapter    11    _____

**DECLARATION RE: ELECTRONIC FILING**

PART I- DECLARATION OF PETITIONER

I [We] _____Ulysses R. Fabricio_____, ***hereby declare(s) under penalty of perjury*** that all of the information contained in my _____ (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:   April 7, 2025

Signed:   _Ulysses Fabricio_____
Ulysses R. Fabricio
(Affiant)

PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:   April 7, 2025

Signed:   /s/ Peter M. Daigle _____
Peter M. Daigle
Daigle Law Office
1550 Falmouth Road
Suite 10
Centerville, MA 02632
(508) 771-7444
pmdaiglecceq@yahoo.com
Attorney for Affiant

Fill in this information to identify the case:

Debtor name **Best Choice Trucking, LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ *Amended Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____April 7, 2025____   X /s/ Ulysses R. Fabricio   *Ulyses Fabricio*
                                    Signature of individual signing on behalf of debtor

                                    Ulysses R. Fabricio
                                    Printed name

                                    President
                                    Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name    Best Choice Trucking, LLC

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 7, 2025     **X** /s/ Ulysses R. Fabricio
                                         Signature of individual signing on behalf of debtor

                                         Ulysses R. Fabricio
                                         Printed name

                                         President
                                         Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Best Choice Trucking, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advance Servicing, Inc. 15 Main Street Holmdel, NJ 07733 | | | | $14,223.00 | $0.00 | $14,223.00 |
| Digital Federal Credit Union c/o Cunningham, Macanic, Cetlin, Johnson, Harney & Tenney, LLP 220 North Main Street, Suite 301 Natick, MA 01760 | emlaw@cmlaw.net | 2019 Peterbilt 389, INPXLP9X7KD497 566 2019 Cottrell Trailer 5E0AA1642KG227 301 | | $183,104.66 | $96,000.00 | $87,104.66 |
| Digital Federal Credit Union c/o Cunningham, Macanic, Cetlin, Johnson, Harney & Tenney, LLP 220 North Main Street, Suite 301 Natick, MA 01760 | | Potential claim for deficiency balance for repossessed 2023 Cadillac Escalade | Contingent Unliquidated | | | $0.00 |
| Digital Federal Credit Union c/o Cunningham, Macanic, Cetlin, Johnson, Harney & Tenney, LLP 220 North Main Street, Suite 301 Natick, MA 01760 | emlaw@cmlaw.net | 2019 Peterbilt 389, INPXLP9X7KD630 066 | | $266,448.51 | $0.00 | $266,448.51 |
| Digital Federal Credit Union 220 Donald Lynch Blvd. Marlborough, MA 01752 | | | | $262,589.58 | $0.00 | $262,589.58 |

| Debtor | Best Choice Trucking, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Digital Federal Credit Union c/o Cunningham, Macanic, Cetlin, Johnson, Harney & Tenney, LLP 220 North Main Street, Suite 301 Natick, MA 01760 | emlaw@cmlaw.net | 2021 Peterbilt 389, INPXL9X6MD710624 | | $263,606.93 | $125,000.00 | $138,606.93 |
| Digital Federal Credit Union c/o Cunningham, Macanic, Cetlin, Johnson, Harney & Tenney, LLP 220 North Main Street, Suite 301 Natick, MA 01760 | emlaw@cmlaw.net | 2019 Peterbilt 389, 1NPXLP9X0KD630068 | | $222,667.32 | $96,000.00 | $126,667.32 |
| Digital Federal Credit Union c/o Cunningham, Macanic, Cetlin, Johnson, Harney & Tenney, LLP 220 North Main Street, Suite 301 Natick, MA 01760 | emlaw@emlaw.net | 2019 Peterbilt 389, 1NPXL49X8KD497512 2019 Cottrell Trailer, 5E0AA1640KG189101 | | $219,125.66 | $95,000.00 | $124,125.66 |
| Digital Federal Credit Union c/o Cunningham, Macanic, Cetlin, Johnson, Harney & Tenney, LLP 220 North Main Street, Suite 301 Natick, MA 01760 | emlaw@cmlaw.net | 2019 Peterbilt 389, INPXLP9X4KD631045 $90,000; 2019 Boydstun Trailer, 1B9FC4529KP275211 | | $207,368.80 | $90,000.00 | $117,368.80 |
| Equify Financial, LLC 777 Main Street, Suite 3900 Fort Worth, TX 76102 | annette.simmons@equifyllc.com | 2023 Peterbilt Sleeper Car Huler Truck 389 - Vin #1NPXL49X6PD891338 - Cottrell Car Hauler Trailer Vin #5E0AA1647PG877801 Cottrell Head Ramp S/N - | | $387,580.64 | $200,000.00 | $187,580.64 |
| Everest Business Funding 8200 NW 52nd Terrace 2nd Floor Miami, FL 33166 | | Trade Debt | | | | $0.00 |

Debtor  Best Choice Trucking, LLC

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Forward Financing 100 Summer Street, Suite 1175 Boston, MA 02110 | | Loan | | | | $0.00 |
| Knightsbridge Funding c/o Statewide Asset Recovery 100 Village Court Suite 201 Hazlet, NJ 07730 | | Loan | | | | $45,833.00 |
| Midcountry Equipment a division of Midcountry Bank 7825 Washington Avenue S Suite 900 Minneapolis, MN 55439 | | 2020 Peterbilt 389 1NPXLP9X7LD723 381 $120,000 - 2023 Cottrell G805501-001 2023 Cottrell CX09LSFA Trailer VIN 5E0AA1649PG805 501 | | $358,962.34 | $120,000.00 | $238,962.34 |
| MTA Bridges and Tunnels c/o TSI PO Box 15618 Wilmington, DE 19850 | | Various accounts (9) accounts | | | | $1,445.04 |
| New Jersey EZ Pass PO Box 4972 Trenton, NJ 08650 | | | | | | $4,688.15 |
| Oregon Department of Transportation 455 Airport Road SE Building A Salem, OR 97301 | | Highway Use Tax | | | | $11,183.18 |
| Trans Lease, Inc. 1400 W. 62nd Avenue Denver, CO 80221 | | *2023 Peterbilt 389 Truck with Cottrell 3- Car Headrack SNG877701-001 2023 Cottrell CX-09LSFA Car Haul Trailer 1NPXL49X4PD891 337; *Vehicle was repo | | $386,585.56 | $200,000.00 | $186,585.56 |
| US Small Business Adminstration 2 North Street, Suite 320 Birmingham, AL 35203 | | | | $371,017.02 | $0.00 | $371,017.02 |

**Fill in this information to identify the case:**

Debtor name    Best Choice Trucking, LLC

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

### Part 1:    Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
      Copy line 88 from *Schedule A/B*................................................................................   $      0.00

    **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*............................................................................   $      1,295,445.92

    **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*...............................................................................   $      1,295,445.92

---

### Part 2:    Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $      3,143,280.02

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $      11,183.18

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$      51,966.19

4.   **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b        $      3,206,429.39

**Fill in this information to identify the case:**

Debtor name     Best Choice Trucking, LLC

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                                    Current value of
                                                                                                      debtor's interest

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America - checking overdraft (-$1,918.70) | Business Checking | 7244 | $0.00 |
| 3.2. | Found- Whats app - cash holding account | Business Checking | 1348 | $31.51 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                                              | $31.51 |
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| Debtor | Best Choice Trucking, LLC | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

11a. 90 days old or less:  265,864.41  -  0.00  = ....  $265,864.41

<span> face amount </span>          <span> doubtful or uncollectible accounts </span>

11b. Over 90 days old:  5,000.00  -  0.00  = ....  $5,000.00

<span> face amount </span>          <span> doubtful or uncollectible accounts </span>

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$270,864.41

## Part 4:   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** Miscellaneous tires, bumpers and fluids | | $0.00 | | $2,000.00 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$2,000.00

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Debtor | Best Choice Trucking, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Miscellaneous computers, printer, and office supplies | $0.00 | | $550.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $550.00 |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2020 Peterbilt 389 1NPXLP9X7LD723381 $120,000 - 2023 Cottrell G805501-001 2023 Cottrell CX09LSFA Trailer VIN 5E0AA1649PG805501 | $0.00 | Appraisal | $120,000.00 |
| 47.2. *2023 Peterbilt 389 Truck with Cottrell 3-Car Headrack SNG877701-001 2023 Cottrell CX-09LSFA Car Haul Trailer 1NPXL49X4PD891337; *Vehicle was repossessed March 11, 2025* | $0.00 | Appraisal | $200,000.00 |

Debtor    Best Choice Trucking, LLC_____    Case number *(If known)* _____
　　　　　Name

| | | | | |
|---|---|---|---|---|
| 47.3. | 2023 Peterbilt Sleeper Car Huler Truck 389 - Vin #1NPXL49X6PD891338 - Cottrell Car Hauler Trailer Vin #5E0AA1647PG877801 Cottrell Head Ramp S/N - 09LSFA - CX-09LSFA | $0.00 | Appraisal | $200,000.00 |
| 47.4. | 2019 Peterbilt 389, INPXLP9X7KD497566 2019 Cottrell Trailer 5E0AA1642KG227301 | $0.00 | Appraisal | $96,000.00 |
| 47.5. | 2021 Peterbilt 389, INPXL9X6MD710624 | $0.00 | Appraisal | $125,000.00 |
| 47.6. | 2019 Peterbilt 389, INPXLP9X4KD631045 $90,000; 2019 Boydstun Trailer, 1B9FC4529KP275211 | $0.00 | Appraisal | $90,000.00 |
| 47.7. | 2019 Peterbilt 389, 1NPXLP9X0KD630068 | $0.00 | Appraisal | $96,000.00 |
| 47.8. | 2019 Peterbilt 389, 1NPXL49X8KD497512 2019 Cottrell Trailer, 5E0AA1640KG189101 | $0.00 | Appraisal | $95,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**    | $1,022,000.00 |

　　Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
　　■ No
　　☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
　　■ No
　　☐ Yes

Part 9:    **Real property**

54. **Does the debtor own or lease any real property?**

　　■ No.  Go to Part 10.
　　☐ Yes Fill in the information below.

Part 10:    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

　　■ No.  Go to Part 11.
　　☐ Yes Fill in the information below.

Debtor    Best Choice Trucking, LLC _____        Case number *(If known)* _____
         <sub>Name</sub>

---

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | Best Choice Trucking, LLC | Case number *(If known)* | _____ |
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $31.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $270,864.41 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $550.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,022,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,295,445.92 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,295,445.92 |

**Fill in this information to identify the case:**

Debtor name    Best Choice Trucking, LLC

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1** Advance Servicing, Inc.
Creditor's Name

| | Describe debtor's property that is subject to a lien | $14,223.00 | $0.00 |
|---|---|---|---|

15 Main Street
Holmdel, NJ 07733
Creditor's mailing address

**Describe the lien**
UCC - inventory, equipment, investment property
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2.2** Digital Federal Credit Union
Creditor's Name

| | Describe debtor's property that is subject to a lien | $266,448.51 | $0.00 |
|---|---|---|---|

c/o Cunningham, Macanic, Cetlin,
Johnson, Harney & Tenney, LLP
220 North Main Street, Suite 301
Natick, MA 01760
Creditor's mailing address

2019 Peterbilt 389, INPXLP9X7KD630066

**Describe the lien**
Commerical Vehicle loan
**Is the creditor an insider or related party?**
☑ No
☐ Yes

emlaw@cmlaw.net
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2/2/22

**Last 4 digits of account number**

| Debtor | Best Choice Trucking, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

8141

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Digital Federal Credit Union | **Describe debtor's property that is subject to a lien** | $183,104.66 | $96,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2019 Peterbilt 389, INPXLP9X7KD497566 | | |
| | c/o Cunningham, Macanic, Cetlin, | 2019 Cottrell Trailer 5E0AA1642KG227301 | | |
| | Johnson, Harney & Tenney, LLP | | | |
| | 220 North Main Street, Suite 301 | | | |
| | Natick, MA 01760 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | Commercial Vehicle Loan | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

emlaw@cmlaw.net

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

4/19/22

**Last 4 digits of account number**

8143

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Digital Federal Credit Union | **Describe debtor's property that is subject to a lien** | $263,606.93 | $125,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2021 Peterbilt 389, INPXL9X6MD710624 | | |
| | c/o Cunningham, Macanic, Cetlin, | | | |
| | Johnson, Harney & Tenney, LLP | | | |
| | 220 North Main Street, Suite 301 | | | |
| | Natick, MA 01760 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | Commerical Vehicle | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

emlaw@cmlaw.net

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

2/7/22

**Last 4 digits of account number**

8142

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   Best Choice Trucking, LLC _____   Case number (if known) _____
         Name

---

| 2.5 | Digital Federal Credit Union | Describe debtor's property that is subject to a lien | $207,368.80 | $90,000.00 |

Creditor's Name

c/o Cunningham, Macanic, Cetlin,
Johnson, Harney & Tenney, LLP
220 North Main Street, Suite 301
Natick, MA 01760

Creditor's mailing address

2019 Peterbilt 389, INPXLP9X4KD631045 $90,000;
2019 Boydstun Trailer, 1B9FC4529KP275211

emlaw@cmlaw.net

Creditor's email address, if known

**Describe the lien**
Commercial Vehicle Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
9/2/22

**Last 4 digits of account number**
8146

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Digital Federal Credit Union | Describe debtor's property that is subject to a lien | $222,667.32 | $96,000.00 |

Creditor's Name

c/o Cunningham, Macanic, Cetlin,
Johnson, Harney & Tenney, LLP
220 North Main Street, Suite 301
Natick, MA 01760

Creditor's mailing address

2019 Peterbilt 389, 1NPXLP9X0KD630068

emlaw@cmlaw.net

Creditor's email address, if known

**Describe the lien**
Commercial Vehicle Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
11/30/22

**Last 4 digits of account number**
8150

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Digital Federal Credit Union | Describe debtor's property that is subject to a lien | $219,125.66 | $95,000.00 |

---

Debtor    Best Choice Trucking, LLC _____    Case number (if known) _____
          Name

Creditor's Name

c/o Cunningham, Macanic, Cetlin,
Johnson, Harney & Tenney, LLP
220 North Main Street, Suite 301
Natick, MA 01760

Creditor's mailing address

emlaw@emlaw.net

Creditor's email address, if known

**Date debt was incurred**
10/4/22
**Last 4 digits of account number**
8147
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

2019 Peterbilt 389, 1NPXL49X8KD497512
2019 Cottrell Trailer, 5E0AA1640KG189101

**Describe the lien**
Commercial Vehicle Loan
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Digital Federal Credit Union | Describe debtor's property that is subject to a lien | $262,589.58 | $0.00 |

Creditor's Name

220 Donald Lynch Blvd.
Marlborough, MA 01752

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
6/28/22
**Last 4 digits of account number**
8145
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Equify Financial, LLC | Describe debtor's property that is subject to a lien | $387,580.64 | $200,000.00 |

Creditor's Name

2023 Peterbilt Sleeper Car Huler Truck 389 - Vin #1NPXL49X6PD891338  -
Cottrell Car Hauler Trailer Vin #5E0AA1647PG877801
Cottrell Head Ramp S/N - 09LSFA - CX-09LSFA

777 Main Street, Suite 3900
Fort Worth, TX 76102

Creditor's mailing address

annette.simmons@equifyllc.com

Creditor's email address, if known

**Describe the lien**
UCC
**Is the creditor an insider or related party?**
■ No
☐ Yes

Debtor    Best Choice Trucking, LLC
_____    Case number (if known) _____
Name

**Date debt was incurred**
2/23/24
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | | | | |

**Midcountry Equipment**
Creditor's Name

a division of Midcountry Bank
7825 Washington Avenue S
Suite 900
Minneapolis, MN 55439
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
7/8/22
**Last 4 digits of account number**
0603

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2020 Peterbilt 389 1NPXLP9X7LD723381 $120,000 -
2023 Cottrell G805501-001
2023 Cottrell CX09LSFA Trailer VIN 5E0AA1649PG805501

**Describe the lien**
UCC -
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$358,962.34    $120,000.00

---

| 2.1 1 | | | | |

**Trans Lease, Inc.**
Creditor's Name

1400 W. 62nd Avenue
Denver, CO 80221
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2/2/23
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
*2023 Peterbilt 389 Truck with Cottrell 3- Car Headrack SNG877701-001
2023 Cottrell CX-09LSFA Car Haul Trailer 1NPXL49X4PD891337;
*Vehicle was repossessed March 11, 2025*

**Describe the lien**
UCC
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$386,585.56    $200,000.00

---

| Debtor | Best Choice Trucking, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.12 | US Small Business Adminstration | Describe debtor's property that is subject to a lien | $371,017.02 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**2 North Street, Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

**Describe the lien**
UCC-all inventory and equipment
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/11/20
**Last 4 digits of account number**
8108

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,143,280.02 |
|---|---|---|

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| David M. Tanabe, Esq.<br>100 South 5th Street<br>Suite 1400<br>Minneapolis, MN 55402 | Line 2.10 | |
| Digital Federal Credit Union<br>220 Donald Lynch Blvd.<br>Marlborough, MA 01752 | Line 2.2 | |
| Trans Lease, Inc.<br>c/o Harry L. Simon, Esq.<br>10200 East Girard Avenue<br>Building B, Suite 120<br>Denver, CO 80231 | Line 2.11 | |
| US Small Business Administration<br>801 Tom Martin Drive Suite 120<br>Birmingham, AL 35211 | Line 2.12 | |
| US Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155 | Line 2.12 | |

Debtor   Best Choice Trucking, LLC
_____
Name

Case number (if known) _____

**Fill in this information to identify the case:**

Debtor name ___Best Choice Trucking, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF MASSACHUSETTS___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,183.18 | $11,183.18 |
|---|---|---|---|---|
| | Oregon Department of Transportation<br>455 Airport Road SE<br>Building A<br>Salem, OR 97301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Highway Use Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Digital Federal Credit Union<br>c/o Cunningham, Macanic, Cetlin,<br>Johnson, Harney & Tenney, LLP<br>220 North Main Street, Suite 301<br>Natick, MA 01760 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Potential claim for deficiency balance for repossessed 2023 Cadillac Escalade_ | |
| | Last 4 digits of account number _8149_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Everest Business Funding<br>8200 NW 52nd Terrace<br>2nd Floor<br>Miami, FL 33166 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Trade Debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    Best Choice Trucking, LLC _____    Case number (if known) _____
          Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Forward Financing
100 Summer Street, Suite 1175
Boston, MA 02110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

| 3.4 | | $45,833.00 |
|---|---|---|

**Nonpriority creditor's name and mailing address**
Knightsbridge Funding
c/o Statewide Asset Recovery
100 Village Court
Suite 201
Hazlet, NJ 07730

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset? ☐ No ☐ Yes

$45,833.00

---

| 3.5 | | $1,445.04 |
|---|---|---|

**Nonpriority creditor's name and mailing address**
MTA Bridges and Tunnels
c/o TSI
PO Box 15618
Wilmington, DE 19850

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2716

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Various accounts (9) accounts

Is the claim subject to offset? ☐ No ☐ Yes

$1,445.04

---

| 3.6 | | $4,688.15 |
|---|---|---|

**Nonpriority creditor's name and mailing address**
New Jersey EZ Pass
PO Box 4972
Trenton, NJ 08650

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,688.15

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Everest Business Funding<br>5 West 37th Street, Suite 1100<br>New York, NY 10018 | Line 3.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Everest Funding Group<br>c/o Recovery Solutions Group<br>1008 Mattlind Way<br>Milford, DE 19963 | Line 3.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | MTA Bridges & Tunnels<br>1 Randalls Island Park<br>New York, NY 10035 | Line 3.5<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | MTA Bridges and Tunnels<br>2 Broadway, 23rd Floor<br>New York, NY 10004 | Line 3.5<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Best Choice Trucking, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | New Jersey E-Z Pass<br>c/o Credit Collection Services<br>725 Canton Street<br>Norwood, MA 02062 | Line 3.6<br><br>☐ Not listed. Explain ____ | _ |

---

<div style="background:black;color:white">Part 4:</div> **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 11,183.18 |
| **5b. Total claims from Part 2** | 5b. + | $ | 51,966.19 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 63,149.37 |

**Fill in this information to identify the case:**

Debtor name     Best Choice Trucking, LLC

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Commerical lease | |
| State the term remaining | |
| List the contract number of any government contract | Reguf |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — 2023 Peterbilt 389 Truck w Cottrell 3-Car Headrack 2023 Cottrell CX-0+9LSFA Car Haul Trailer | |
| State the term remaining — 3 years and 4 months | Trans Lease, Inc. 1400 W. 62nd Avenue Denver, CO 80221 |
| List the contract number of any government contract — 12301221-001 | |

**Fill in this information to identify the case:**

Debtor name ____Best Choice Trucking, LLC____

United States Bankruptcy Court for the: ____DISTRICT OF MASSACHUSETTS____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Ulysses R. Fabricio | | Digital Federal Credit Union | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.2  Ulysses R. Fabricio | | Digital Federal Credit Union | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.3  Ulysses R. Fabricio | | Digital Federal Credit Union | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.4  Ulysses R. Fabricio | | Digital Federal Credit Union | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.5  Ulysses R. Fabricio | | Digital Federal Credit Union | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |

Debtor    Best Choice Trucking, LLC                                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.6  Ulysses R. Fabricio | Digital Federal Credit Union | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.7  Ulysses R. Fabricio | Digital Federal Credit Union | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.8  Ulysses R. Fabricio | Equify Financial, LLC | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.9  Ulysses R. Fabricio | Trans Lease, Inc. | ■ D ___2.11___<br>☐ E/F _____<br>☐ G _____ |
| 2.10  Ulysses R. Fabricio | Midcountry Equipment | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    Best Choice Trucking, LLC

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other _____ | $536,000.00 |
| For prior year:<br>From 1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $706,375.30 |
| For year before that:<br>From 1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $1,064,881.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Best Choice Trucking, LLC | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Digital Federal Credit Union c/o Cunningham, Macanic, Cetlin, Johnson, Harney & Tenney, LLP 220 North Main Street, Suite 301 Natick, MA 01760 | 2023 Cadillac Escalade, 1GYS4GKL5PR184896 | 3/24 | Unknown |
| Equify Financial, LLC 777 Main Street, Suite 3900 Fort Worth, TX 76102 | 2023 Peterbilt 389 Truck with Cottrell 3- Car Headrack SNG877701-001 2023 Cottrell CX-09LSFA Car Haul Trailer 1NPXL49X4PD891337; | 3/11/25 | $200,000.00 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Digital Federal Credit Union vs. Best Choice Trucking, LLC 2481CV01179 | Civil Action | Middlesex Superior Court 200 Trade Center Woburn, MA 01801 | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Midcountry Equipment Finance, a division of MidCountry Bank vs. Best Choice Trucking, LLC 27-CV-24-14779 | Civil Action | State of Minnesota County of Hennepin 4th District 300 South Sixth Street- C-12 Minneapolis, MN 55487 | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Trans Lease, Inc. vs. Best Choice Trucking, LLC, et al | Civil Action | Adams County Colorado District Court 1100 Judicial Center Drive Brighton, CO 80601 | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    Best Choice Trucking, LLC _____  Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4.  Equify Financial, LLC<br>vs.<br>Best Chice Trucking, LLC et al<br>352-353147-24 | | Arrant County Texas<br>352nd Judical Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| 2019 Peterbilt 389, INPXLP9X7KD630066 | Total loss insurance claim pending - DCU secured lien holder | 2/24 | Unknown |

---

**Part 6:    Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Daigle Law Office<br>1550 Falmouth Road<br>Suite 10<br>Centerville, MA 02632 | Attorney Fees | March, 2024 - May, 2024 | $28,762.00 |
| **Email or website address**<br>pmdaigleesq@yahoo.com | | | |
| **Who made the payment, if not debtor?** | | | |

---

**12.  Self-settled trusts of which the debtor is a beneficiary**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Best Choice Trucking, LLC | Case number *(if known)* | |
|---|---|---|---|

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 103 Ward Street Revere, MA 02151 | November 2020 - September 2024 |

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | Best Choice Trucking, LLC | Case number *(if known)* | |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Digitial Federal Credit Union<br>PO Box 9130<br>Marlborough, MA 01752 | **XXXX**-2 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | Closed July 11, 2024 | $66.60 |
| 18.2. | Digital Federal Credit Union<br>220 Donald Lynch Blvd.<br>Marlborough, MA 01752 | **XXXX**-1 | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | Closed July 2024 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Get Away RV and Boat Storage<br>4462 Duncan<br>Punta Gorda, FL 33982 | Ulysses and drivers | Trucks and trailers | ☐ No<br>■ Yes |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

| Debtor | Best Choice Trucking, LLC | Case number *(if known)* |
|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  Definitive Accounting Inc.<br>258 Main Street, Suite 304<br>Milford, MA 01757 | 1/1/18-present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    Best Choice Trucking, LLC _____    Case number *(if known)* _____

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ulysses R. Fabricio | 93 Ward Street Unit 114 Revere, MA 02151 | President | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Best Choice Trucking, LLC _____    Case number *(if known)* _____

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April  7, 2025_____

/s/ Ulysses R. Fabricio _____    Ulysses R. Fabricio _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor ___President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

## United States Bankruptcy Court
### District of Massachusetts

In re    Best Choice Trucking, LLC                                    Case No. _____
                                    Debtor(s)                         Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    April  7, 2025                              Signature   /s/ Ulysses R. Fabricio
                                                                Ulysses R. Fabricio

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Massachusetts

In re    Best Choice Trucking, LLC                                                Case No.
                                              Debtor(s)              Chapter      11


# VERIFICATION OF CREDITOR MATRIX


I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.



Date:    April  7, 2025                              /s/ Ulysses R. Fabricio
                                                     Ulysses R. Fabricio/President
                                                     Signer/Title

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204

Advance Servicing, Inc.
15 Main Street
Holmdel, NJ 07733

David M. Tanabe, Esq.
100 South 5th Street
Suite 1400
Minneapolis, MN 55402

Digital Federal Credit Union
c/o Cunningham, Macanic, Cetlin,
Johnson, Harney & Tenney, LLP
220 North Main Street, Suite 301
Natick, MA 01760

Digital Federal Credit Union
220 Donald Lynch Blvd.
Marlborough, MA 01752

Equify Financial, LLC
777 Main Street, Suite 3900
Fort Worth, TX 76102

Everest Business Funding
8200 NW 52nd Terrace
2nd Floor
Miami, FL 33166

Everest Business Funding
5 West 37th Street, Suite 1100
New York, NY 10018

Everest Funding Group
c/o Recovery Solutions Group
1008 Mattlind Way
Milford, DE 19963

Forward Financing
100 Summer Street, Suite 1175
Boston, MA 02110

Knightsbridge Funding
c/o Statewide Asset Recovery
100 Village Court
Suite 201
Hazlet, NJ 07730

Midcountry Equipment
a division of Midcountry Bank
7825 Washington Avenue S
Suite 900
Minneapolis, MN 55439

MTA Bridges & Tunnels
1 Randalls Island Park
New York, NY 10035

MTA Bridges and Tunnels
c/o TSI
PO Box 15618
Wilmington, DE 19850

MTA Bridges and Tunnels
2 Broadway, 23rd Floor
New York, NY 10004

New Jersey E-Z Pass
c/o Credit Collection Services
725 Canton Street
Norwood, MA 02062

New Jersey EZ Pass
PO Box 4972
Trenton, NJ 08650

Oregon Department of Transportation
455 Airport Road SE
Building A
Salem, OR 97301

Trans Lease, Inc.
1400 W. 62nd Avenue
Denver, CO 80221

Trans Lease, Inc.
c/o Harry L. Simon, Esq.
10200 East Girard Avenue
Building B, Suite 120
Denver, CO 80231

US Small Business Administration
801 Tom Martin Drive Suite 120
Birmingham, AL 35211

US Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155

US Small Business Adminstration
2 North Street, Suite 320
Birmingham, AL 35203

# United States Bankruptcy Court
## District of Massachusetts

In re    Best Choice Trucking, LLC

Debtor(s)

Case No.

Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Best Choice Trucking, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April  7, 2025

Date

/s/ Peter M. Daigle

Peter M. Daigle

Signature of Attorney or Litigant

Counsel for   Best Choice Trucking, LLC

Daigle Law Office

1550 Falmouth Road
Suite 10
Centerville, MA 02632
(508) 771-7444 Fax:(508) 771-8286
pmdaigleesq@yahoo.com